**MORGAN, LEWIS & BOCKIUS LLP**
Melissa D. Hill
 101 Park Avenue
 New York, NY  10178-0060
 T:  212.309.6318
 F:  212.309.6001
 Melissa.Hill@morganlewis.com
Tyler J. Hill
 1717 Main Street, Ste. 3200
 Dallas, TX  75201-7347
 T:  214.466.4160
 F:  214.466.4001
 Tyler.J.Hill@morganlewis.com

*Attorneys for Plaintiff*,
*Princeton University Retirement Plan*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRINCETON UNIVERSITY RETIREMENT PLAN,<br><br>      Plaintiff,<br>v.<br><br>ESTATE OF JEROME F. ANDRZEJEWSKI, DENIS ANDRZEJEWSKI, ROBERT MOSES,<br><br>      Defendant(s). | Case No. 3:23-cv-01501<br><br>**LOCAL CIVIL RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING** |

   In accordance with Local Civil Rule 7.1.1, Plaintiff Princeton University Retirement Plan ("Plaintiff"), through its undersigned counsel, hereby states that there is no non-party person or entity that is providing funding for some or all of Plaintiff's attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

Dated:  March 17, 2023        /s/    *Melissa D. Hill*
                Melissa D. Hill
                101 Park Avenue
                New York, NY  10178-0060
                T:  212.309.6318
                F:  212.309.6001
                Melissa.Hill@morganlewis.com

        *Counsel for Plaintiff,*
        *Princeton University Retirement Plan*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date the foregoing document was filed via the ECF filing system and therefore made available to all counsel/parties of record.

Dated: March 17, 2023                    /s/ *Melissa D. Hill*
                                                         Melissa D. Hill