**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRINCETON UNIVERSITY RETIREMENT PLAN,<br><br>                 Plaintiff,<br><br>vs.<br><br>ESTATE OF JEROME F. ANDRZEJEWSKI, DENIS ANDRZEJEWSKI, ROBERT MOSES,<br><br>                 Defendants. | **Case No. 3:23-CV-01501**<br><br>*Civil Action*<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Returnable: May 5, 2025** |

TO:    Clerk
         United States District Court
         402 E. State Street
         Trenton New Jersey 08608

**PLEASE TAKE NOTICE** that on **May 5, 2025 at 9:00 am** or as soon thereafter as counsel may be heard, the undersigned, attorneys for co-defendant/cross-claimant, Robert Moses, shall move before the U.S. District Court, District of New Jersey, Trenton Vicinage, 402 E. State Street, Trenton, New Jersey 08608, for an Order Granting Summary Judgment pursuant to FRCP 56 in favor of co-defendant/cross-claimant, Robert Moses, and against co-

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

4900-0561-3876, v. 1

defendants, the Estate of Jerome F. Andrzejewski and Denis Andrzejewski, dismissing their cross-claim and entering judgement in favor of co-defendant/cross-claimant, Robert Moses.

In support of this Motion, counsel will rely upon co-defendant/cross-claimant, Robert Moses' Statement of Undisputed Material Facts, and Memorandum of Law annexed hereto.

The undersigned:

      ( )    waives oral argument and consents to disposition on the papers.

      ( )    does not request oral argument at this time.

      ( X )    requests oral argument.

A proposed form of Order is attached.

          STARK & STARK
          A Professional Corporation

By: *Paul W. Norris Esq.*
     PAUL W. NORRIS, ESQ.

Dated:   April 9, 2025
     PO Box 5315
     Princeton, NJ 08543-5315
     (609) 895-7325