PIERSON FERDINAND

ROBERT P. LESKO
PARTNER

| | |
|---|---|
| Mail | 276 E. Main St., Ste 10-17<br>Denville, NJ 07834 |
| Office | 100 Overlook Center, 2nd Floor<br>Princeton, New Jersey 08540 |

April 14, 2025

D: 973.917.8686 | C 974-714-0340
Email: robert.lesko@pierferd.com

**VIA ECF**

Clerk of Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Princeton University Retirement Plan v. Estate of Jerome F. Andrzejewski, et al.*,
      No. 3:23-cv-01501-ZNQ-TJB

Dear Sir/Madame:

We write to apprise the court and the parties that, pursuant to L. Civ. R. 7.1(d)(5), defendants/cross claimants, Estate of Jerome F. Andrzejewski and Denis Andrzejewski hereby adjourn the return date of the motion for summary judgment filed herein on April 10, 2025 (DE 39) from May 5, 2025 to May 19, 2025. This motion day has not been previously adjourned.

We appreciate the court's continuing attention to this matter.

Respectfully submitted,

Robert P. Lesko

Cc  Paul Norris (via ecf)